UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.:9:10-cv-81397-DTKH

THE YACHT CLUB ON THE INTRACOASTAL
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,
A foreign corporation and JAMES RIVER
INSURANCE COMPANY, a foreign corporation,

    Defendants.
_____/

## DEFENDANT'S NOTICE OF APPEARANCE

PLEASE take notice that Hillary B. Cohen of the law firm BERK, MERCHANT & SIMS, PLC enter an appearance in the above styled case as counsel on behalf of Defendant, LEXINGTON INSURANCE COMPANY.

    Respectfully Submitted,

**BERK, MERCHANT & SIMS, PLC.**

**/s/Hillary B. Cohen**
Hillary B. Cohen
Florida Bar No.: 0031005
hcohen@berklawfirm.com
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Telephone:   786.338.2878
Facsimile:   786.338.2888

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of February, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**VIA U.S. MAIL**
Daniel Rheaume, Esq.
Florida Bar No.: 0086258
**WELT & RHEAUME, P.A.**.
4770 Hollywood Boulevard
Hollywood, FL 33021
(954) 966-4646
(954) 966-4642
*Counsel for Plaintiffs*

                                          **/s/ William S. Berk**
                                          Hillary B. Cohen