UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.:  9:10-cv-81397-DTKH

THE YACHT CLUB ON THE INTRACOASTAL
CONDOMINIUM ASSOCIATION, INC.,

      Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,
A foreign corporation and JAMES RIVER
INSURANCE COMPANY, a foreign corporation,

      Defendants.

_____/

### NOTICE OF TERMINATION OF HILLARY COHEN

**PLEASE TAKE NOTICE** that Hillary Brisson Cohen, Esq., is hereby terminated as Counsel on behalf of Defendant, LEXINGTON INSURANCE COMPANY, in the above-styled cause, and request is made that her name be deleted from the Certificate of Service in this action, that she be removed from the roster of associated attorneys, and that all pleadings, notices, letters, etc. cease being served upon her in this action.

      Respectfully submitted,

      **BERK, MERCHANT & SIMS, PLC**

      /s/  Alan Palma
      William S. Berk, Esq.
      Florida Bar No.: 349828
      wberk@berklawfirm.com
      Melissa M. Sims, Esq.
      Florida Bar No.: 85936
      msims@berklawfirm.com
      Alan Palma, Esq.
      Florida Bar No.: 65008
      apalma@berklawfirm.com
      2 Alhambra Plaza, Suite 700

BERK, MERCHANT & SIMS
PLC

*The Yacht Club on the Intracoastal Condo. Assoc. v. Lexington Ins. Co. & James River Ins.*
*Case No.: 9:10-cv-81397-DTKH*
*Page 2*

Coral Gables, Florida 33134
(786) 338-2900
(786) 338-2888 – Fax
**Counsel for Lexington Insurance Company**

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the forgoing was served through electronic filing using CM/ECF on April 16, 2013 on all counsel or parties of record on the Service List below.

## SERVICE LIST

Christopher N. Mammel, Esq.
cmammel@cdglawyers.com
Anthony J. Bruzoas, Esq. *(Admitted pro hac vice)*
abruozas@childresslawyers.com
**CHILDRESS DUFFY GOLDBLATT, P.A.**
500 N. Dearborn Street, Suite 1200
Chicago, IL 60654
(312) 494-0200
(312) 494-0202 – Fax
**Counsel for Plaintiff**

Anaysa Gallardo, Esq.
agallardo@cozen.com
**COZEN O'CONNOR**
4410 - Wachovia Financial Center
200 S. Biscayne Boulevard
Miami, FL 33131-4332
305-704-5940
305-704-5955 – Fax
**Counsel for Defendant, James River Ins. Co.**

Raoul G. Cantero, Esq.
raoul.cantero@miami.whitecase.com
Maria J. Berguiristain, Esq.
mbeguiristain@whitecase.com
**White & Case, LLP.**
200 S. Biscayne Blvd., Suite 4900
Miami, Florida 33131
305-371-2700
305-358-5744 – Fax
**Co-Counsel for Defendant, Lexington Insurance Company**

**/s/ Alan Palma**
Alan Palma